AO 245D  Case 6:13-cr-60017-SOH  Document 48   Filed 11/03/16   Page 1 of 3 PageID #: 142
(Rev. 09/13) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DAVID TINER | JUDGMENT IN A CRIMINAL CASE (AMENDED)<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.     6:13CR60017-001<br>USM No.    11441-010<br><br>_____Bruce Eddy_____<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted the following violation(s) of the term of supervision:   Special Condition 2, Standard Condition 1, 2, 6 and 11, and and Use of Controlled Substances.

☐  was found in violation of the following count(s) after denial of guilt:

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Offender failed to report for urinalysis testing as required on the following dates: July 6 and 25, 2016. | 07/25/2016 |
| Two | Offender failed to provide a urine sample as directed on July 13, 2016. | 07/13/2016 |
| Three | Offender admitted to using marijuana in January 2016. | 02/03/2016 |
| Four | On July 13, 2016, offender signed an admission form wherein he admitted to the use of Adderall which was not prescribed to him on or about July 8, 9 and 10, 2016. | 07/10/2016 |
| Five | Offender failed to report to the probation office as directed and submit a monthly supervision report during the months of July and August 2015. | 08/31/2015 |

*(violations continued on page 2)*

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated the following count(s) and is discharged of the following:

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  8629<br><br>Defendant's Year of Birth:    1969<br><br>City and State of Defendant's Residence:<br>          Hot Springs, AR | _____October 28, 2016_____<br>Date of Imposition of Judgment<br><br>_____/s/ Susan O. Hickey_____<br>Signature of Judge<br><br>Honorable Susan O. Hickey, United States District Judge<br>Name and Title of Judge<br><br>November 3, 2016<br>Date |

DEFENDANT: DAVID TINER
CASE NUMBER: 6:13CR60017-001

## ADDITIONAL VIOLATIONS

*(violations continued from page 1)*

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Six | Offender left the district of Western District of Arkansas without permission of the probation officer as proven by the trespassing warning given to the offender by Bartlett, Tennessee, Police Department on August 12, 2016. | 08/12/2016 |
| Seven | Offender failed to notify the probation officer of his contact with law enforcement in Bartlett, Tennessee within 72 hours. | 08/15/2016 |
| Eight | Offender failed to notify the probation officer at least 10 days prior to his change of employment when he was terminated from his job at the Park Hotel in Hot Springs, Arkansas, on or about August 4, 2016. | 08/22/2016 |
| Nine | Offender reported residing at his place of employment, the Park Hotel; however offender was subsequently terminated from this employment and, therefore, his residence, on or about August 4, 2016, which he failed to report to the probation officer. | 08/22/2016 |

Judgment — Page 3 of 3

DEFENDANT: DAVID TINER
CASE NUMBER: 6:13CR60017-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : nine (9) months imprisonment with credit for time served in federal custody since 08/24/2016.

X   The court makes the following recommendations to the Bureau of Prisons:
The offender shall be provided with substance abuse treatment during his period of incarceration in BOP.
The offender shall be provided with mental health treatment during his period of incarceration in BOP.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL